No. 227, Misc. HEINTZELMAN *v.* WAINWRIGHT, COR-
RECTIONS DIRECTOR. Supreme Court of Florida. Cer-
tiorari denied. Petitioner *pro se.* *Richard W. Ervin,*
Attorney General of Florida, and *A. G. Spicola, Jr.,* Assist-
ant Attorney General, for respondent.

No. 265, Misc. SULLIVAN *v.* UNITED STATES. C. A.
10th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor
General Cox, Assistant Attorney General Miller* and *Bea-
trice Rosenberg* for the United States.

No. 288, Misc. GRUBBS *v.* NEW YORK. Appellate Di-
vision, Supreme Court of New York, First Judicial De-
partment. Certiorari denied. Petitioner *pro se.* *Frank
S. Hogan* and *Robert Popper* for respondent.

No. 341, Misc. CLARK *v.* PATE, WARDEN. Supreme
Court of Illinois. Certiorari denied. Petitioner *pro se.*
*William G. Clark,* Attorney General of Illinois, for re-
spondent.

No. 372, Misc. BOSURGI *v.* PENNSYLVANIA. Supreme
Court of Pennsylvania. Certiorari denied. *John Patrick
Walsh* for petitioner. *Louis F. McCabe* and *Arlen Specter*
for respondent.

No. 381, Misc. ·MORRIS *v.* NEW YORK. Appellate Di-
vision, Supreme Court of New York, Fourth Judicial De-
partment. Certiorari denied. *Thomas P. McMahon* and
*John J. Phelan* for petitioner.

No. 388, Misc. COFFMAN *v.* UNITED STATES. C. A.
10th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor
General Cox, Assistant Attorney General Miller* and *Bea-
trice Rosenberg* for the United States.